UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYANT KEITH BROWN, | ) | 1:07-cv-01255-OWW-SMS-PC |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR ARBITRATION AS PREMATURE |
| vs. | ) ) | |
| SIMON T. VILLA, et al., | ) | (Doc. 14.) |
| Defendants. | ) ) ) | |

Plaintiff, Bryant Keith Brown ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint on August 30, 2007. On July 24, 2008, Plaintiff filed an amended complaint, upon which this case now proceeds. On August 5, 2009, Plaintiff filed a motion for a hearing before an arbitrator to resolve the dispute between the parties. (Doc. 14.) Plaintiff's motion is now before the Court.

At this stage of the proceedings in Plaintiff's case, arbitration is premature. Arbitration, mediation, or settlement negotiations require the participation of opposing parties in a lawsuit. In Plaintiff's case, the defendants have not been served, and no defendant has yet appeared in the action. The Court will direct the United States Marshal to serve the complaint only after the court has screened the amended complaint pursuant to 28 U.S.C. § 1915A and determined that it contains cognizable claims for relief against the named defendants. Therefore, Plaintiff's motion is premature and shall be denied as such, without prejudice to renewal of the motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for arbitration is DENIED as premature, without prejudice.

IT IS SO ORDERED.

Dated:   August 10, 2009                         /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE